UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-130-1D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| JORGE ZAPATA | |

On motion of the Defendant, Jorge Zapata, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #47 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This  6  day of August, 2020.

JAMES C. DEVER III
United States District Judge