UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-130-1D

UNITED STATES OF AMERICA

v.

ORDER

JORGE ZAPATA

This matter came before the undersigned District Court Judge, upon motion filed by the Office of the Federal Public Defender seeking leave to withdraw as counsel for Jorge Zapata, the Defendant herein, and to continue the trial for sixty (60) days.

Based upon a finding that a conflict of interest would arise if the Office of the Federal Public Defender continued to represent the Defendant in this matter, the Court concludes that the Office of the Federal Public Defender should be granted an order allowing it leave to withdraw as counsel for Mr. Zapata.

NOW, THEREFORE, it is hereby Ordered that the motion filed by the Office of the Federal Public Defender is allowed and that the Office of the Federal Public Defender is granted leave to withdraw as counsel for Jorge Zapata. The Federal Public Defender's Office is directed to appoint new counsel for the defendant. IT IS FURTHER ORDERED that the trial is continued to the _____ term of court upon which new counsel and the United State agree. Any intervening period of time is excluded under the Speedy Trial Act to allow defense counsel to prepare and to permit preparation in the pandemic.

SO ORDERED this 7 day of August, 2020.

JAMES C. DEVER III
United States District Judge